IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES RZEPLENSKI,

    Plaintiff,                                             JUDGMENT IN A CIVIL CASE

v.                                                          14-cv-41-jdp

DEBBIE TIDQUIST, CHERYL MARSOLEK,
TAMMY MAASEN and GREGORY KREYER,

    Defendants.

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying plaintiff leave to proceed and dismissing his claims against Debbie Tidquist;

(2) dismissing Gregory Kreyer; and

(2) granting Cheryl Marsolek and Tammy Maasen's motion for summary judgment and dismissing this case without prejudice for plaintiff's failure to properly exhaust his administrative remedies.

    /s/                                                                            3/11/2015

Peter Oppeneer, Clerk of Court                              Date